# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM,<br><br>              Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS U.S. HOLDINGS LLC, ALLIANZ SE, ALLIANZ ASSET MANAGEMENT GMBH, ALLIANZ OF AMERICA, INC., ALLIANZ ASSET MANAGEMENT OF AMERICA HOLDINGS INC., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, ALLIANZ ASSET MANAGEMENT OF AMERICA LP, AND PFP HOLDINGS INC.,<br><br>              Defendants. | Case No. 1:20-cv-5615-KPF<br><br>(caption continues on following pages) |

**STIPULATION AND [PROPOSED] CIVIL CASE MANAGEMENT PLAN #4**

| | |
|---|---|
| RETIREMENT PROGRAM FOR EMPLOYEES OF THE TOWN OF FAIRFIELD, *et al.*,<br>    Plaintiffs,<br>        v.<br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br>    Defendants. | No. 20 Civ. 5817 (KPF) |
| LEHIGH UNIVERSITY,<br>    Plaintiff,<br>        v.<br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br>    Defendants. | No. 20 Civ. 7061 (KPF) |
| TEAMSTER MEMBERS RETIREMENT PLAN, *et al.*,<br>    Plaintiffs,<br>        v.<br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br>    Defendants. | No. 20 Civ. 7154 (KPF) |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION NATIONAL EMPLOYEE BENEFITS COMMITTEE,<br>    Plaintiff,<br>        v.<br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br>    Defendants. | No. 20 Civ. 7606 (KPF) |
| METROPOLITAN TRANSPORTATION AUTHORITY DEFINED BENEFIT PENSION PLAN MASTER TRUST, *et al.*,<br>    Plaintiffs,<br>        v.<br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br>    Defendants. | No. 20 Civ. 7842 (KPF) |

| | |
|---|---|
| CHICAGO AREA I.B. OF T. PENSION PLAN & TRUST, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>    Defendants. | No. 20 Civ. 7952 (KPF) |
| THE EMPLOYES' RETIREMENT SYSTEM OF THE CITY OF MILWAUKEE,<br><br>    Plaintiff,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>    Defendants. | No. 20 Civ. 8642 (KPF) |
| CHICAGO & VICINITY LABORERS DISTRICT COUNCIL PENSION FUND AND CHICAGO & VICINITY LABORERS DISTRICT COUNCIL HEALTH & WELFARE FUND, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC*, et al.*,<br><br>    Defendants. | No. 20 Civ. 9478 (KPF) |
| THE BOARDS OF TRUSTEES FOR THE CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON AND FOR THE GROUP INVESTMENT TRUST OF THE CARPENTERS INDIVIDUAL ACCOUNT PENSION TRUST OF WESTERN WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC*, et al.*,<br><br>    Defendants. | No. 20 Civ. 9479 (KPF) |

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS UNIONS & EMPLOYERS MIDWEST PENSION FUND, AND ITS TRUSTEES,<br><br>    Plaintiffs,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>    Defendants. | No. 20 Civ. 9587 (KPF) |
| BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 38 PENSION FUND PENSION PLAN,<br><br>    Plaintiff,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>    Defendants. | No. 20 Civ. 10028 (KPF) |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION,<br><br>    Plaintiff,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>    Defendant. | No. 20 Civ. 10848 (KPF) |
| MARCO CONSULTING GROUP TRUST I, by and through its directed trustee, The Bank of New York Mellon,<br><br>    Plaintiff,<br><br>            v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>    Defendants. | No. 21 Civ. 401 (KPF) |

| | |
|---|---|
| UNIVERSITY HEALTH, INC., SOUTHEAST GEORGIA HEALTH SYSTEM, INC., UNIVERSITY MEDICAL ASSOCIATES OF THE MEDICAL UNIVERSITY OF SOUTH CAROLINA (D/B/A MUSC PHYSICIANS), VIZIENT SOUTHERN STATES, INC., PHOENIX HEALTH CARE MANAGEMENT SERVICES, INC., AND HALIFAX REGIONAL MEDICAL CENTER EMPLOYEES' PENSION PLAN,<br><br>  Plaintiffs,<br><br>    V.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS DISTRIBUTORS LLC, AND ALLIANZ SE,<br><br>  Defendants. | No. 21 Civ. 1485 (KPF) |
| ALASKA LABORERS-EMPLOYERS RETIREMENT FUND, *et al.*,<br><br>  Plaintiffs,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, *et al.*,<br><br>  Defendants. | No. 21 Civ. 1879 (KPF) |
| RAYTHEON TECHNOLOGIES CORPORATION PENSION ADMINISTRATION AND INVESTMENT COMMITTEE,<br><br>  Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>  Defendant. | No. 21 Civ. 3116 (KPF) |
| FINANCE COMMITTEE OF THE BOARD OF DIRECTORS OF BLUE CROSS BLUE SHIELD OF MICHIGAN and BLUE CROSS BLUE SHIELD OF MICHIGAN FOUNDATION,<br><br>  Plaintiffs,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, | No. 21 Civ. 3276 (KPF) |

| | |
|---|---|
| Defendant. | |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS U.S. HOLDINGS LLC, ALLIANZ SE, ALLIANZ ASSET MANAGEMENT GMBH, ALLIANZ OF AMERICA, INC., ALLIANZ ASSET MANAGEMENT OF AMERICA HOLDINGS INC., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, ALLIANZ ASSET MANAGEMENT OF AMERICA LP, and PFP HOLDINGS INC.,<br><br>    Defendants. | No. 21 Civ. 6074 (KPF) |
| CHRISTIAN BROTHERS EMPLOYEE RETIREMENT PLAN, and DAN STREMEL, in his capacity as Chairperson of the Pension Board,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS U.S. HOLDINGS LLC, ALLIANZ SE, ALLIANZ ASSET MANAGEMENT GMBH, ALLIANZ OF AMERICA, INC., ALLIANZ ASSET MANAGEMENT OF AMERICA HOLDINGS INC., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, ALLIANZ ASSET MANAGEMENT OF AMERICA LP, AND PFP HOLDINGS INC.,<br><br>    Defendants. | No. 21 Civ. 7388 (KPF) |
| BOARD OF TRUSTEES OF THE SAN DIEGO COUNTY CONSTRUCTION LABORERS' PENSION TRUST FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>    Defendant. | No. 21 Civ. 7898 (KPF) |

The parties ("Parties") to the above-referenced actions (the "Related Actions") by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on December 7, 2020, the Court entered Civil Case Management Plan #1 in *Arkansas Teacher Retirement System* v. *Allianz Global Investors US LLC et al.*, No. 20-cv-05615 ("ATRS Action"), ECF No. 65 ("Plan #1"), and certain other Related Actions;

WHEREAS, on November 1, 2021, the Court entered Civil Case Management Plan #2 in the Related Actions, *see, e.g.*, ATRS Action, ECF No. 108 ("Plan #2");

WHEREAS, on December 20, 2021, the Court entered Civil Case Management Plan #3 in the Related Actions, *see, e.g.*, ATRS Action, ECF No. 112 ("Plan #3");

WHEREAS, Plans #2 and #3 set forth a schedule for the filing of amended complaints, any further motions to dismiss, and responsive pleadings in the Related Actions, and Plan #1 otherwise remained in effect; and

WHEREAS, the Parties have agreed to extend certain deadlines under Plan #3,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties as follows:

1. Plan #3 is amended and superseded as follows:

## [PROPOSED] CIVIL CASE MANAGEMENT PLAN #4

This Civil Case Management Plan ("Plan #4") is submitted by the parties in each of the above-captioned related cases (together, the "Related Actions") in accordance with the Court's September 30, 2021 order and the October 30, 2021 Joint Status Report.

Plan #4 supplements Civil Case Management Plan #1 ("Plan #1") (1:20-cv-5615-KPF, ECF No. 65), Civil Case Management Plan #2 (1:20-cv-5615-KPF, ECF No. 108), and Civil Case Management Plan #3 (1:20-cv-5615-KPF, ECF No. 112), which remain operative except as provided for herein.  Capitalized terms not defined herein have the meaning set forth in Plan #1.

**7.3   Motions to Dismiss Later-Filed Related Actions and Amended Complaints.**  Plan #3, ¶ 7.2 is vacated.

In those pending Related Actions filed after December 3, 2020 ("Later-Filed Related Actions") that were not subject to AllianzGI US's February 25, 2021 motion to dismiss (1:20-cv-5615-KPF, ECF No. 82) ("First-Round Motion to Dismiss") decided by the Court on September 30, 2021 (1:20-cv-5615-KPF, ECF No. 106) ("September 30 Order"), AllianzGI US or Allianz Global Investors Distributors LLC (together, "AllianzGI Defendants") informed Plaintiffs in writing of the grounds on which AllianzGI Defendants intend to move to dismiss, on November 22, 2021. To the extent no amended complaint is filed in any Later-Filed Related Action pursuant to Paragraph 8.3 and AllianzGI Defendants' grounds for dismissal remain unchanged from their November 22, 2021 writing, the Court's pre-motion letter practice for such Later-Filed Related Action is suspended.

Aon may file a motion to dismiss only if the complaint in BCBS (1:20-cv-7606-KPF) is amended to assert new claims against Aon. AllianzGI US may file a motion to dismiss in those Related Actions subject to the First-Round Motion to Dismiss only where the complaint is amended pursuant to Paragraph 8.3.

In the event Aon or AllianzGI Defendants intend to move to dismiss an amended complaint filed pursuant to Paragraph 8.3 or any complaint in a Later-Filed Related Action, the parties shall meet and confer no later than March 21, 2022 on (i) their respective positions on whether to propose suspending the Court's pre-motion letter practice for motions to dismiss amended complaints; (ii) page limits; and (iii) the form of briefing, including approaches to coordinating motion practice to reduce the burden on the Court and the parties.  The parties shall submit a joint report to the Court no later than March 31, 2022 with the parties' agreements as to the topics addressed through their conferral, and, to the extent agreement is not reached, the parties' joint report shall set out their areas of disagreement, not to exceed 5 pages double-spaced for Plaintiffs (collectively) and for each Defendant.  The parties' meet-and-confer obligation set out herein replaces any obligation in so-ordered stipulations in Later-Filed Related Actions to meet and confer regarding the application of the September 30 Order, AllianzGI Defendants' intention to move to dismiss and/or a schedule for such motion for such Later-Filed Related Action.

**8.3** **Amended Complaints.** Plan #3, ¶ 8.2 is vacated, except to the extent that it vacated ¶ 8 of Plan #1 and ¶ 8.1 of Plan #2. Any complaint in the Related Actions amended pursuant to the September 30 Order or any amended complaint in any Later-Filed Related Action, shall be filed on March 7, 2022. Amendments of the complaints in the Related Actions after March 7, 2022 shall be either with the opposing party's written consent or the Court's leave. Plaintiffs reserve their rights, if any, to amend under Fed. R. Civ. P. 15(a)(1).

**9.3** **Answers.** Plan #3, ¶ 9.2 is vacated, except to the extent that it vacated ¶ 9 of Plan #1, as are any deadlines for Answers in so-ordered stipulations filed in any Related Action. The parties shall meet and confer no later than March 21, 2022 to set a deadline for Answers in all Related Actions.

Dated: February 18, 2022
New York, NY

| | |
|---|---|
| /s/ Hannah Ross | /s/ Robert J. Giuffra, Jr. |
| Hannah Ross | Robert J. Giuffra, Jr. |
| Avi Josefson | Stephanie G. Wheeler |
| James Harrod | Kathleen Suzanne McArthur |
| Michael Blatchley | Ann-Elizabeth Ostrager |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | Hilary M. Williams SULLIVAN & CROMWELL LLP |
| 1251 Avenue of the Americas | 125 Broad Street |
| New York, NY 10020 | New York, New York 10004-2468 |
| Telephone: (212) 554-1400 | Telephone: (212) 558-4000 |
| Facsimile: (212) 554-1444 | Facsimile: (212) 558-3588 |
| *Co-Counsel for Plaintiffs Arkansas Teacher Retirement System; Christian Brothers Employee Retirement Plan, and Dan Stremel* | *Counsel for Defendant Allianz Global Investors U.S. LLC* |
| *Counsel for Plaintiffs Employes' Retirement System of the City of Milwaukee; Chicago & Vicinity Laborers' District Council Pension Fund and the Chicago & Vicinity Laborers' District Council Health & Welfare Fund, and Catherine Wenskus, Administrator; The Boards of Trustees for the Carpenters Health and Security Trust of Western Washington and for the Group Investment Trust of the Carpenters Individual Account Pension Trust of Western Washington; Carpenters Retirement Trust of Western Washington;* | /s/ Robert A. Skinner Robert A. Skinner Amy D. Roy Mary Elizabeth Brust Cole A. Goodman ROPES & GRAY LLP Prudential Tower 800 Boylston Boston, MA 02199 Telephone: (617) 951-7000 Facsimile: (617) 951-7050 |
| Jared D. Giddens (jgiddens@cwlaw.com) Pro hac vice | *Co-Counsel for Defendant Allianz Global Investors U.S. LLC* |

CONNER & WINTERS, LLP
1700 One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 272-5711

*Co-Counsel for Plaintiffs Christian Brothers Employee Retirement Plan, and Dan Stremel*

/s/ Fredric S. Fox
Fredric S. Fox
Donald R. Hall
Melinda Campbell
Aaron Schwartz
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715

*Co-Counsel for Plaintiff Arkansas Teacher Retirement System*

*Co-Counsel for Plaintiffs Chicago Area I.B of T. Pension Plan & Trust and Local 703 I.B. of T., Grocery and Food Employees' Pension Plan & Trust*

*Counsel for Plaintiff Texas Treasury Safekeeping Trust Company*

/s/ Renita Sharma
Richard Werder
Michael Liftik
Renita Sharma
Andrew Marks
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212)-849-7100

*Counsel for Defendant Aon Investments USA Inc. f/k/a Aon Hewitt Investment Consulting, Inc.*

/s/ David S. Golub
David S. Golub
Steven L. Bloch
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Counsel for Plaintiffs Retirement Program for Employees of the Town of Fairfield, Retirement Program for Fairfield Police and Firemen's Retirement System, and the Board*

*of Trustees of the New England Health Care Employees Pension Fund, and New England Health Care Employees Pension Fund*

/s/ Jonathan L. Hochman
Jonathan L. Hochman
Matthew A. Katz
Jenny C. Gu
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 277-6300
Facsimile: (212) 277-6333

*Counsel for Plaintiff Lehigh University*

/s/ William C. Fredericks
William C. Fredericks
Donald A. Broggi
Zachary M. Vaughan
SCOTT + SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Counsel for Plaintiffs Teamster Members Retirement Plan f/k/a GCIU Inter-Local Pension Plan and Bricklayers and Masons' Local Union No. 5, Ohio Pension Fund*

/s/ Daniel Z. Goldman
Daniel Z. Goldman
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330

/s/ Sean W. Gallagher
Sean W. Gallagher
Adam L. Hoeflich
Mark S. Ouweleen

Abby M. Mollen
Nicolas L. Martinez
Dawson K. Robinson
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

*Counsel for Plaintiffs Blue Cross and Blue Shield Association National Employee Benefits Committee, Blue Cross and Blue Shield Association, Finance Committee of the Board of Directors of Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Michigan Foundation, and Raytheon Technologies Corporation Pension Administration and Investment Committee*


*/s/ Anthony F. Shelley*
Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street N.W.
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 626-5924

*Counsel for Plaintiffs Blue Cross and Blue Shield Association National Employee Benefits Committee*


*/s/ Javier Bleichmar*
Javier Bleichmar
George N. Bauer
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

*Counsel for Plaintiffs Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Manhattan and Bronx Surface Transit Operating Authority*

*Pension Plan, and Metropolitan Transportation Authority Other Postemployment Benefit Plan; and the Board of Trustees of the International Brotherhood of Electrical Workers, Local No. 38 Pension Fund Pension Plan*

/s/ Regina Calcaterra
Regina Calcaterra
Justin Teres
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone: (212) 899-1760
*Counsel for Plaintiffs Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Manhattan and Bronx Surface Transit Operating Authority Pension Plan, and Metropolitan Transportation Authority Other Postemployment Benefit Plan*

/s/ Scott F. Hessell
Scott F. Hessell
John Bjork
Ashima Talwar
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200

*Co-Counsel for Plaintiffs Chicago Area I.B of T. Pension Plan & Trust and Local 703 I.B. of T., Grocery and Food Employees' Pension Plan & Trust*

/s/ Justin S. Brooks
Justin S. Brooks
Elizabeth H. Shofner
Reuben A. Guttman
GUTTMAN, BUSCHNER & BROOKS PLLC
119 Coulter Ave., Suite 211
Ardmore, PA 19003
Telephone: (610) 547-9556

/s/ Jonathan D. Karmel
Jonathan D. Karmel
KARMEL LAW FIRM
221 N. La Salle Street, Suite 1550
Chicago, IL 60601
Telephone: (800) 459-6264

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Mark J. Tamblyn
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222

*Co-Counsel for Plaintiffs Paul Schaefer, Robert O'Toole, Marc Parker, Brian Jordan, Mark Jacobs, and William R. Seehafer, as trustees of the United Food & Commercial Workers Unions & Employers Midwest Pension Fund, on behalf of the Plan*

/s/ Brian D. Melton
Brian D. Melton
Vineet Bhatia
Ryan T. Weiss
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366

Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

Shawn J. Rabin
Lisa Jing
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Phone: (212) 336-8330

*Counsel for Plaintiff Marco Consulting Group Trust I*

/s/ Bradley J. Bondi
Bradley J. Bondi
Kevin Snell
Grace McAllister
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000

*Counsel for Plaintiffs University Health, Inc., Southeast Georgia Health System, Inc., University Medical Associates of the Medical University of South Carolina (d/b/a MUSC Physicians), Vizient Southern States, Inc., Phoenix Health Care Management Services, Inc., and Halifax Regional Medical Center Employees' Pension Plan*

/s/ David S. Preminger
David S. Preminger
KELLER ROHRBACK L.L.P.
1140 Sixth Avenue, 9th Floor
New York, NY 10036
Tel.: (646) 380-6690

Erin M. Riley
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: 206-623-1900

Jeffrey Lewis
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel.: (510) 463-3900

Gary A. Gotto
KELLER ROHRBACK L.L.P.
3101 N. Central Ave., Suite 1400
Phoenix, AZ. 85012
Tel.: (602) 230-6322

*Counsel for Plaintiff Alaska Laborers-Employers Retirement Fund*

<u>/s/ John Briody</u>
John Briody (jbriody@mckoolsmith.com)
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (415) 693-0700

J. Michael Hennigan
(jhennigan@mckoolsmith.com)
    *Pro hac vice application forthcoming*
Kirk D. Dillman (kdillman@mckoolsmith.com)
    *Pro hac vice*
M. Storm Byrd (sbyrd@mckoolsmith.com)
    *Pro hac vice*
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

*Counsel for Plaintiff Board of Trustees of the San Diego County Construction Laborers' Pension Trust Fund*

SO ORDERED.

                                                        KATHERINE POLK FAILLA  
                                                        United States District Judge

Dated: _____, 2022  
          New York, New York